**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| **CHRISTIE CLINIC, P.C., individually** ) <br> **and on behalf of others similarly situated,** ) <br> ) <br> **Plaintiff,** ) <br> **v.** ) <br> ) <br> **MULTIPLAN, INC., a New York corporation,** ) <br> **UNICARE LIFE and HEALTH INSURANCE** ) <br> **COMPANY, a Texas corporation, and** ) <br> **UNITED HEALTH CARE INSURANCE** ) <br> **COMPANY, a subsidiary of UNITED** ) <br> **HEALTH GROUP, a Minnesota corporation,** ) <br> ) <br> **Defendants.** ) | **Case No. 08-CV-2065** |

**ORDER**

Magistrate Judge David G. Bernthal filed three Reports and Recommendations (#64, #65, #66) in the above cause on September 10, 2008. On September 24, 2008, Defendants filed Partial Objections (#75, #76) to the Reports and Recommendations. Defendant Multiplan, Inc. also filed a Motion for Oral Argument (#77). On October 10, 2008, Plaintiff filed Motions to Strike Defendants' Partial Objections (#83, #84) and, on October 14, 2008, also filed a Response to Defendants' Partial Objections (#91). Following this court's careful de novo review of Judge Bernthal's reasoning, Defendants' Partial Objections, and Plaintiff's Response, this court agrees with and accepts the Reports and Recommendations (#64, #65, #66). This court notes that Judge Bernthal thoroughly addressed Defendants' arguments and set out persuasive and well supported reasons for rejecting them under the circumstances here.

IT IS THEREFORE ORDERED THAT:

(1) The Reports and Recommendations (#64, #65, #66) are accepted by this court.

(2) Defendant Multiplan's Motion for Oral Argument (#77) is DENIED.

(3) Plaintiff's Motions to Strike (#83, #84) are DENIED.

(4) The Motion to Dismiss Plaintiff's Complaint (#21) filed by Defendant UniCare Life and Health Insurance Company is GRANTED in part and DENIED in part. The Motion to Dismiss Plaintiff's Complaint (#24) filed by Defendant Multiplan, Inc. is GRANTED in part and DENIED in part. The Motion to Dismiss (#30) filed by Defendant United Health Care is GRANTED in part and DENIED in part.

(5) This court hereby strikes the language in paragraph 62 of Plaintiff's Complaint which states "in that it misrepresented the terms of the contract to Plaintiff and the physician and hospital Classes" and the language in paragraph 68 which states "misrepresented the contract and." If Plaintiff wishes to include averments of fraud in its claims, it must amend the complaint to allege the misrepresentations with particularity as required by Rule 9(b) of the Federal Rules of Civil Procedure.

(6) Plaintiff's claim brought pursuant to the Illinois Consumer Fraud and Deceptive Business Practices Act and Plaintiff's claim for injunctive relief and its requests for attorney fees and punitive damages are hereby dismissed without prejudice. Plaintiff is allowed fourteen (14) days to file an amended complaint. This court notes that, since the Reports and Recommendations were filed, Plaintiff filed a First Amended Complaint (#68) and a Second Amended Complaint (#73). This court expresses no opinion regarding whether the amended complaints already filed are adequate to correct the deficiencies noted by Judge Bernthal regarding the dismissed claims.

ENTERED this 15th day of October, 2008

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE